UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARPENTERS PENSION
TRUST FUND – DETROIT AND
VICINITY *et al*,

      Plaintiffs,

v.

BRUNT ASSOCIATES, INC. *et al.*,

      Defendants.
_____/

Case No. 16-13928
Hon. Matthew F. Leitman

**ORDER (1) GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, NOTICE OF AFFIRMATIVE AND SPECIAL DEFENSES, AND SECOND AMENDED COUNTERCLAIMS (ECF #19) AND (2) DENYING PLAINTIFFS' MOTION TO DISMISS FIRST AMENDED COUNTERCLAIMS (ECF #12) AS MOOT**

On July 20, 2017, the Court held a hearing on two motions: (1) Defendants' motion for leave to file a Second Amended Answer, Notice of Affirmative and Special Defenses, and Second Amended Counterclaims (*see* ECF #19) and (2) Plaintiffs' motion to dismiss Defendants' First Amended Counterclaims (*see* ECF #12). For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** as follows:

- Defendants' motion for leave (ECF #19) is **GRANTED**. Defendants shall file their Second Amended Answer, Notice of Affirmative and Special

1

Defenses, and Second Amended Counterclaims within five (5) days of this Order. Defendants may correct any typographical errors that exist in their proposed filing (ECF #19-1). Plaintiffs shall file their Answer to the Second Amended Counterclaims within 21 days of the date the counterclaims are filed.

- Plaintiff's motion to dismiss (ECF #12) is **DENIED** as moot.

**IT IS SO ORDERED**.

Dated: July 20, 2017

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764