UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARPENTERS PENSION TRUST
FUND – DETROIT AND VICINITY, et al.,

      Plaintiffs,                      Case No. 16-cv-13928
                                                   Hon. Matthew F. Leitman

v.

BRUNT ASSOCIATES, INC., et al.,

      Defendants.
_____/

## **ORDER TO ATTEND SCHEDULING CONFERENCE**

The parties are hereby directed to appear for a Case Management and Scheduling Conference (the "Conference") on **Wednesday, December 6, 2017, at 2:00 p.m.** in the chambers of Judge Matthew F. Leitman, 600 Church St., Room 125, Flint, Michigan.

**The following person(s) and entities must personally attend the settlement conference: (i) trial counsel for each party; (ii) all parties who are natural persons; and (iii) a representative of each party with full and final settlement authority on behalf of each party that is not a natural person. This mandatory personal attendance policy is not satisfied by trial counsel professing to have full and final settlement authority on behalf of his or her client or by the entity with settlement authority being available by telephone.**

1

The purpose of this Conference is to make the Court aware of the issues involved, to discuss the possibility of settlement, and to establish appropriate case management dates. Following the Conference, the Court will enter its own Case Management and Scheduling Order.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 9, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 9, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764