UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARPENTERS PENSION FUND-
DETROIT & VICINITY,
MICHAEL J. JACKSON, SR. and
THOMAS WOODBECK,

        Plaintiffs,

v.

BRUNT ASSOCIATES, INC. and
BRIAN BRUNT,

        Defendants.
_____/

Case No. 2:16-cv-13928
District Judge Matthew F. Leitman
Magistrate Judge Anthony P. Patti

## ORDER DENYING PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER AND OVERRULING OBJECTIONS TO DEFENDANTS' DISCOVERY REQUESTS (DE 41)

      This matter is before the Court for consideration of Plaintiffs' motion for a protective order and objections to Defendants' discovery requests (DE 41), Defendants' response (DE 44), and Plaintiffs' reply (DE 48). Judge Leitman referred this motion to me for hearing and determination on April 25, 2018. (DE 42.)

      A hearing on Plaintiff's motion was noticed for May 30, 2018 (DE 47), and then was adjourned by stipulation of the parties to June 22, 2018. (DE 49.) On the date set for the hearing, attorneys David Malinowski, Paul Newcomer and Diane M. Soubly appeared.

Upon consideration of the motion papers and oral argument of counsel for the parties, and for all the reasons stated on the record at the hearing, which are incorporated by reference as though fully restated herein, Plaintiffs' motion for a protective order is **DENIED** and their objections to Defendants' discovery requests are **OVERRULED**. The Court will grant Plaintiffs an extension of time to respond to Defendants' First Requests for Admission and Interrogatory to Plaintiff Carpenters' Pension Trust Fund pursuant to Fed. R. Civ. P. 1 and 36(a)(3), for the reasons more fully explained on the record. Accordingly, Plaintiffs shall respond to Defendants' First Requests for Admission and Interrogatory to Plaintiff Carpenters' Pension Trust Fund by **TUESDAY, JULY 3, 2018**.

**IT IS SO ORDERED.**

Dated: June 22, 2018
s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on June 22, 2018, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti