UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARPENTERS PENSION
TRUST FUND – DETROIT AND
VICINITY *et al.*,

       Plaintiffs,                 Case No. 16-cv-13928
                                            Hon. Matthew F. Leitman

v.

BRUNT ASSOCIATES, INC. *et al.*,

       Defendants.

_____/

## ORDER DENYING WITHOUT PREJUDICE (1) DEFENDANTS' MOTION IN LIMINE (ECF NO. 99) AND (2) PLAINTIFFS' MOTION IN LIMINE (ECF NO. 104)

On January 8, 2020, the Court held a Final Pretrial Conference in this action. At that conference, the Court heard argument on both Plaintiffs' and Defendants' respective motions in limine. (*See* Mots., ECF No. 99, 104.) For the reasons stated on the record, both motions are **DENIED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: January 9, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 9, 2020, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764