UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARPENTERS PENSION
TRUST FUND – DETROIT AND
VICINITY *et al.*,

      Plaintiffs,

Case No. 16-cv-13928
Hon. Matthew F. Leitman

v.

BRUNT ASSOCIATES, INC. *et al.*,

      Defendants.

_____/

## ORDER SETTING BRIEFING SCHEDULE

On September 15, 2020, the Court held an on-the-record video status conference in this action. During that status conference, the Court set a briefing schedule for two motions that Defendants wish to file. That schedule is as follows:

- Defendant Brunt Associates, Inc. ("BAI") shall file its motion for summary judgment on Plaintiffs' counterclaims by no later than **October 13, 2020**. Plaintiffs shall file their response brief by no later than **November 10, 2020**. BAI may file a reply brief no later than 14 days after Plaintiffs file their response to the motion.

- Defendant Brian Brunt shall file his motion for attorneys fees by no later than **October 20, 2020**. Plaintiffs shall file their response brief by no later than

1

**November 17, 2020**.  Brunt may file a reply brief no later than 14 days after Plaintiffs file their response to the motion.

**IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
Dated:  September 15, 2020       UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 15, 2020, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9764