UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARPENTERS PENSION
TRUST FUND – DETROIT AND
VICINITY *et al.*,

      Plaintiffs,

v.

BRUNT ASSOCIATES, INC. *et al.*,

      Defendants.

Case No. 16-cv-13928
Hon. Matthew F. Leitman

_____/

## ORDER ON MOTION HEARING AND REFERRING ACTION FOR IN-PERSON SETTLEMENT CONFERENCE

On February 24, 2021, the Court held a video hearing on (1) Brian Brunt's and Brunt Associates, Inc.'s renewed motion for summary judgment on their counterclaims (ECF No. 118), (2) Plaintiffs' cross-motion for dismissal of Brian Brunt's and Brunt Associates, Inc.'s counterclaims (ECF No. 125), and (3) Brian Brunt's motion for attorney fees (ECF No. 120).

For the reasons stated on the record at the motion hearing, Brian Brunt's and Brunt Associates, Inc.'s motion for summary judgment (ECF No. 118) is **DENIED**, Plaintiffs' cross-motion for dismissal of Brian Brunt's and Brunt Associates, Inc.'s counterclaims (ECF No. 125) is **TAKEN UNDER ADVISEMENT**, and Brian

1

Brunt's motion for attorney fees (ECF No. 120) is **TAKEN UNDER ADVISEMENT**.

In addition, as discussed on the record, The Court now **REFERS** this matter to the assigned Magistrate Judge for the purpose of holding an <u>**in-person**</u> settlement conference as soon as it is safe and practicable to do so.  Both Brian Brunt and an individual with settlement authority for Plaintiffs shall attend this settlement conference in person.  If the matter does not settle during that conference, the Court will issue a written ruling on the motions it has taken under advisement.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 24, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 24, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2